IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ALLIED WORLD SURPLUS LINES
INSURANCE COMPANY, et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 2:17-cv-04286

DAY SURGERY LIMITED
LIABILITY COMPANY, et al.,

        Defendants.

**DISMISSAL ORDER**

As represented by the parties during the status conference held on April 8, 2020, all matters in this case have been resolved pursuant to this Court's Memorandum Opinion and Order entered on March 31, 2020. (ECF No. 304.) Accordingly, the Court **DIRECTS** that this case be **DISMISSED** and removed from the docket of the Court.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     April 8, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE